**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1029**

---

DAMIEN DONOVAN WILLIAMS,

Petitioner,

versus

ALBERTO R. GONZALES, U. S. Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.  (A41-359-137)

---

Submitted:  July 9, 2007          Decided:  July 19, 2007

---

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Damien Donovan Williams, Petitioner Pro Se.  M. Jocelyn Lopez Wright, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damien Donovan Williams, a native and citizen of Jamaica, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider its previous order, which vacated the immigration judge's decision and ordered his removal to Jamaica. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In Re: Williams, No. A41-359-137 (B.I.A. Dec. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED